1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

7   PERRY FAILING,

8                          Plaintiff,          NO:  2:20-CV-0026-TOR

9        v.                                    ORDER OF DISMISSAL WITH
                                               PREJUDICE
10  WASHINGTON STATE LIQUOR
    AND CANNABIS BOARD, and
11  PATRICK MATTHEWS,

12                         Defendants.

13

14         BEFORE THE COURT are the parties' Stipulated Motions to Dismiss.  ECF

15  Nos. 51, 52.  The stipulations are filed pursuant to Federal Rule of Civil Procedure

16  41(a)(1)(A)(ii) and provide for the dismissal of the above-entitled action with

17  prejudice and without costs.  The Court has reviewed the record and files herein

18  and is fully informed.

19         According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

20  a stipulation signed by all parties who have appeared.


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motions to Dismiss, ECF Nos. 51, 52, are

**GRANTED**.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulations, this

action is **DISMISSED** with prejudice and without costs or interest to any party.

The District Court Executive is directed to enter this Order and Judgment

accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 18, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2